## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 919 MAL 2015 |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| JOHN MUCCI A/K/A GIOVANNI ROBERT MUCCI, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.